SEALED DOCUMENT

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NH
FILED

2018 APR 10 P 1:20

| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER IDS "joshua.hooper.12177", "josh.hooper.739", "100009044633866" and "mack.mac.37" THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC. |
|---|

No. 18-mj- 63 -01-DL

FILED UNDER SEAL – LEVEL I

## MOTION TO SEAL APPLICATION FOR SEARCH WARRANT AND ALL RELATED DOCUMENTS, LEVEL I

The United States of America respectfully requests that this entire matter be sealed at Level I, including the Application for a Search Warrant, Affidavit in Support, this motion, any ruling on this motion, and all related paperwork and corresponding docket entries in the above-captioned case until August 8, 2018.

In support, the government submits that premature disclosure of certain details of this investigation could obstruct or seriously jeopardize the investigation. For example, if the target of this investigation or one of his associates became aware of this order, this could cause them to destroy evidence, or to encourage others to commit acts of violence or otherwise obstruct the investigation.

Respectfully submitted,

SCOTT W. MURRAY
United States Attorney

Date: April 10, 2018      By: _____
Shane B. Kelbley
Assistant U.S. Attorney

Motion:   ✓ Granted      ___ Denied

_____
Daniel J. Lynch
U.S. Magistrate Judge