UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER IDS "joshua.hooper.12177", "josh.hooper.739", "100009044633866" and "mack.mac.37" THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC. | No. 18-mj-63 <br><br> FILED UNDER SEAL – LEVEL I |

## MOTION TO UNSEAL

The government respectfully requests that that the Honorable Court order unseal the search warrant, affidavit and all related docket entries in the above-referenced case.

Respectfully submitted,

SCOTT W. MURRAY
United States Attorney

Date: June 18, 2018      By:   /s/ Shane B. Kelbley
                               Shane B. Kelbley
                               Assistant U.S. Attorney